FILED IN DISTRICT COURT
STATE OF MINNESOTA

FEB 16 2022

## State of Minnesota

| County | | Judicial District: | 2nd |
| --- | --- | --- | --- |
| Ramsey | | Court File Number: | 62-CV-22-853 |
| | | Case Type: Civil | |

## District Court

Jerome Paul

Plaintiff

vs

**Civil Summons**

American Red Cross St Paul

Defendant

---

This Summons is directed to (name of Defendant):

American Red Cross St Paul                                           .

1.      **You are being sued**. The Plaintiff has started a lawsuit against you. The *Complaint* is attached to this *Summons*. Do not throw these papers away. They are official papers that start a lawsuit and affect your legal rights, even if nothing has been filed with the court and even if there is no court file number on this *Summons*.

2.      **You must BOTH reply, in writing, AND get a copy of your reply to the person/business who is suing you within 21 days to protect your rights.** Your reply is called an *Answer*.  Getting your reply to the Plaintiff is called service. You must serve a copy of your *Answer or Answer and Counterclaim* (Answer) within 21 days from the date you received the *Summons* and *Complaint*.

ANSWER: You can find the *Answer* form and instructions on the MN Judicial Branch website at www.mncourts.gov/forms under the "Civil" category.  The instructions will explain in detail how to fill out the *Answer* form.

3.      **You must respond to each claim.**  The *Answer* is your written response to the Plaintiff's *Complaint*. In your *Answer* you must state whether you agree or disagree with each paragraph of the *Complaint*. If you think the Plaintiff should not be given everything they asked for in the *Complaint*, you must say that in your *Answer*.

4.      SERVICE: **You may lose your case if you do not send a written response to the Plaintiff.** If you do not serve a written *Answer* within 21 days, you may lose this case by default.

EXHIBIT A

You will not get to tell your side of the story. If you choose not to respond, the Plaintiff may be awarded everything they asked for in their *Complaint*. If you agree with the claims stated in the *Complaint*, you don't need to respond. A default judgment can than be entered against you for what the Plaintiff asked for in the *Complaint*.

To protect your rights, you must serve a copy of your *Answer* on the person who signed this *Summons* in person or by mail at this address:

3543 Girard Ave North Minneapolis, Minnesota 55412

5.     Carefully read the Instructions (CIV301) for the *Answer* for your next steps.

6.     **Legal Assistance.** You may wish to get legal help from an attorney. If you do not have an attorney and would like legal help:

- Visit www.mncourts.gov/selfhelp and click on the "Legal Advice Clinics" tab to get more information about legal clinics in each Minnesota county.

- Court Administration may have information about places where you can get legal assistance.

**NOTE: Even if you cannot get legal help, you must still serve a written *Answer* to protect your rights or you may lose the case.**

7.     **Alternative Dispute Resolution (ADR).** The parties may agree to or be ordered to participate in an ADR process under Rule 114 of the Minnesota Rules of Practice. You must still serve your written *Answer,* even if you expect to use ADR.

01/11/2022
Date

*Jerome Paul*
Signature

Name: Jerome Paul

Address: 3543 Girard Ave North

City, State, Zip: Minneapolis, Minnesota 55412

Telephone: 612-267-6588

E-mail: pauljerome98@yahoo.com

## State of Minnesota

| County | |
|---|---|
| Ramsey | |

**District Court**

| | |
|---|---|
| Judicial District: | 2nd |
| Court File Number: | 62-CV-22-853 |
| Case Type: | Civil |

Jerome Paul
_____
Plaintiff

vs

American Red Cross St.Paul
_____
Defendant

**Civil Complaint**

The Plaintiff makes the following complaints against the Defendant:

If you have more than 1 complaint against Defendant, list each complaint separately, including any supporting facts.

1. I allege the following discriminatory act(s) in violation of the Minnesota Human Rights Act (MHRA), Minn. Stat.&363.08, subd. 2(2). I am an African American man with a disability who worked as a driver/phlebotomist for the above-named respondent from June 27, 2019, to

2. November 28, 2019. My worksite was located at 100 South Robert Street, Saint Paul, MN. I received positive feedback on my job performance from my trainers and supervisors. On August 22, 2019, I became sick and provided respondent with medical documentation stating I needed

3. to be out until November 25, 2019. Respondent approved a medical leave. On November 25, 2019, I called respondent to return to work and provided medical documentation about my ability to return without restrictions. When I spoke with the collections manager, she told me

4. to call her back on Monday November 28, 2019. When I called respondent on November 28, 2019, respondent terminated my employment. Even though my position was still available, respondent refused to allow me to return, because I was a "liability".

5. For any other relief the court feels is fair and equitable.

Based on the complaints above, Plaintiff demands the following relief:

1. As a direct and proximate result of Defendant's wrongful conduct toward plaintiff, plaintiff has suffered damage from loss of income that he has not yet been able to replace fully, despite diligent efforts to do so, emotional distress, punitive damages, and other damages recoverable

2. be under Title VII of the Civil Rights Act of 1964, as amended, all in an amount to be determined at trial in excess of $134,000 and any other relief the court feels is fair and equitable.

3. _____
   _____
   _____

**EXHIBIT A**

4. _____
   _____
   _____

*Add another page if more space is needed. Do not use the back of the paper.*

## ACKNOWLEDGMENT

By presenting this form to the court, I certify that to the best of my knowledge, information, and belief, the following statements are true. I understand that if a statement is not true, the court can order a penalty against me (such as to pay money to the other party, pay court costs, and/or other penalties).

1. The information I included in this form is based on facts and supported by existing law.

2. I am not presenting this form for any improper purpose. I am not using this form to:
   a. Harass anyone;
   b. Cause unnecessary delay in the case; or
   c. Needlessly increase the cost of litigation.

3. No judicial officer has said I am a frivolous litigant.

4. There is no court order saying I cannot serve or file this form.

5. This form does not contain any "restricted identifiers" or confidential information as defined in Rule 11 of the General Rules of Practice (https://www.revisor.mn.gov/court_rules/gp/id/11/) or the Rules of Public Access to Records of the Judicial Branch (https://www.revisor.mn.gov/court_rules/rule/ra-toh/).

6. If I need to file "restricted identifiers," confidential information, or a confidential document, I will use Form 11.1 and/or Form 11.2, as required by Rule 11.

01/11/2022
Date

*Jerome Paul*
Signature

Name: Jerome Paul

Address: 3543 Girard Ave North

City, State, Zip: Minneapolis, Minnesota 55412

Telephone: 612-267-6588

E-mail: pauljerome98@yahoo.com

EXHIBIT A